# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

―――――――――――

**No. 201600213**

―――――――――――

## UNITED STATES OF AMERICA
Appellee

v.

## TYRONE L. MATTHEWS, JR.
Interior Communications Electrician Second Class (E-5),
United States Navy
Appellant

―――――――――――

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Robert P. Monahan, Jr., JAGC, USN.
For Appellant: Lieutenant R. Andrew Austria, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

―――――――――――

Decided 29 September 2016

―――――――――――

Before CAMPBELL, RUGH, and GLASER-ALLEN, *Appellate
Military Judges*

―――――――――――

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court